UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:09-20357-CIV-MARTINEZ-BROWN**

ORLANO SARTI,
    Plaintiff,

vs.

PROTECTIVE SERVICES, INC., a Florida Corporation, ARCHIBALDO AROSEMENA, and ALEYDA BARNFIELD, individually,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion to Dismiss (D.E. No. 5). Magistrate Judge Brown filed a Report and Recommendation (D.E. No. 15), recommending that Defendants' motion be granted in part as to Count II and denied in all other respects. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Brown's Report and Recommendation (D.E. No. 15) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

    1.    Defendants' Motion to Dismiss (D.E. No. 5) is **GRANTED in part** and **DENIED in part**. The motion is granted in that Count II is dismissed. The motion is denied in all other respects.

      2.      Plaintiff shall file an Answer to the remaining portions of Defendants' complaint **on or before June 5, 2009.**

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of May, 2009.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record